THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUOLONG LI, <br><br> Defendant. | CASE NO. CR20-0171-JCC-6 <br><br> ORDER |

This matter comes before the Court on Defendant's motion to for a video sentencing hearing (Dkt. No. 243). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Defendant pleaded guilty to conspiracy to distribute controlled substances. (Dkt. Nos. 221, 224, 232.) His sentencing is scheduled for May 3, 2022. (Dkt. No. 221.) Defendant moves to proceed with his hearing remotely. (*See* Dkt. No. 243.) The Government does not oppose.

Under this Court's General Orders, felony sentencings may proceed by if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." W.D. Wash. General Order 04-20 (March 3, 2020); *see* W.D. Wash. General Orders 05-22 (Dec. 22, 2021) (extending duration of General Order 04-20 through June 20, 2022); *see also* W.D. Wash. General Order 04-22 (March 3, 2022) (allowing for in-person courtroom use "at the discretion of the presiding

judge).

Defendant, who is on an appearance bond pending sentencing, is currently residing in Chicago, Illinois. (Dkt. No. 243 at 1.) As a result, he must travel to Seattle for an in-person hearing. Yet, at present, the Transportation Security Administration is no longer mandating mask usage while travelling on aircraft within the United States. *See* TRANSPORTATION SECURITY ADMINISTRATION: STATEMENT REGARDING FACE MASK USE ON PUBLIC TRANSPORTATION, (April 18, 2022); *see also Health Freedom Def. Fund, Inc. v. Biden*, 2022 WL 1134138 slip op. (M.D. Fla. 2022) (order vacating the mask mandate). Defendant seeks a remote hearing, in part, to avoid the risk of contracting COVID-19 or infecting others while travelling. (Dkt. No. 243 at 3.)

Defendant would like to move forward with sentencing now in order to "accept responsibility, achieve resolution, and gain some certainty about his future," but do so through a remote proceeding to avoid the risk of COVID-19 infection. (*Id.*) Defendant has a strong interest in the speedy resolution of his sentence. Under these circumstances, the Court FINDS that Defendant's sentencing hearing should not be delayed until such time as the risk of COVID-19 infection while travelling is further reduced. Doing so would risk serious harm to the interests of justice.

For the foregoing reasons, the Court GRANTS Defendant's motion to proceed with his sentencing hearing by video conference (Dkt. No. 243). The parties should contact the Courtroom Deputy 24 hours before the hearing to request login or call-in information.

DATED this 22nd day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE