THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GUOLONG LI,<br><br>　　　　　　Defendant. | CASE NO. CR20-0171-JCC-6<br><br>ORDER |

This matter comes before the Court on Defendant Guolong Li's motion to extend his self-surrender date. (Dkt. No. 299.) The Court has carefully considered Defendant's motion and DECLINES to extend the date. Defendant's motion is DENIED.

DATED this 3rd day of June 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0171-JCC-6
PAGE - 1